IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 08-30110 |
| Plaintiff, | ) ) ) | MINUTES OF COURT |
| vs. | ) ) | DATE: 9/24/2013 |
| ANTONIO T. FOULKS, | ) ) ) | |
| Defendant(s). | ) ) | |

PRESENT:  J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds       COURT REPORTER:  N/A

COUNSEL FOR PLAINTIFF(S) :  N/A

COUNSEL FOR DEFENDANT(S):  N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME;

   This matter is before the court on the defendant's Motion to Continue (doc. #66).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion.

   It is hereby ORDERED that this matter is STRICKEN from the 9/27/2013 docket and reset for hearing on the Motion to Revoke on November 1, 2013 at 11:00 a.m. in Benton, IL.


NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk